IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| William J. Snyder, et al., | Case No. 3:20 CV 74 |
| Plaintiffs, | DISMISSAL ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| Honeywell, Inc., et al., | |
| Defendants. | |

The remaining parties in this case have reached settlement agreements (Docs. 137–38), which this Court approves.

The docket is marked: "Settled and dismissed with prejudice. Each party is to bear its own costs." Case closed.

IT IS SO ORDERED.

                                                  s/ *Jack Zouhary*
                                                  JACK ZOUHARY
                                                  U.S. DISTRICT JUDGE

                                                  May 7, 2024